# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| XINYI AUTO GLASS (NORTH AMERICA) CORPORATION; XINYI AUTO PARTS (TIANJIN) CO. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; ROBERT E. LIGHTHIZER, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; MARK A. MORGAN, U.S. CUSTOMS & BORDER PROTECTION ACTING COMMISSIONER,<br><br>Defendants. | Court No. 20-03073 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Ting-Ting Kao will no longer be employed by White & Case, LLP, effective June 17, 2022, and will no longer be involved in the litigation for this case.

    Respectfully submitted,

    /S/ Ting-Ting Kao
    Ting-Ting Kao
    WHITE AND CASE LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

    tkao@whitecase.com
    (202) 626-3600

Date: June 15, 2022